

THE MIRVIS LAW FIRM, P.C.

September 11, 2024

**Via ECF**
Honorable Judge Nicholas G. Garaufis
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **United States v. Marat Lerner**
       **Criminal Docket No.: 23cr00015(NGG)**

Dear Judge Garaufis:

  On behalf of my client, Marat Lerner, I write to respectfully request that his Sentencing Hearing, currently scheduled for September 24, 2024, be adjourned for thirty (30) days.

  This request is necessary because I need more time to prepare a sufficient sentencing memorandum on behalf of Mr. Lerner. I have been helping my mother care for my very ill stepfather, and it has been very time consuming. I would like to devote the appropriate amount of time to preparing Mr. Lerner's sentencing memorandum and a family illness shouldn't cause me to devote less time than necessary to Mr. Lerner's matter.

  The Government objects to this request. This is defendant's second application for the requested relief.

  Wherefore, I respectfully request that the Sentencing Hearing be adjourned for 30 days to a date after October 24, 2024, or any date thereafter that is convenient and available to the Court and the Government. I thank Your Honor in advance for your consideration of this application. T

           **Respectfully Submitted,**

           /S/ Tony Mirvis
           Tony Mirvis, Esq. (TM-2890)

cc:  AUSA Axelrod (Via ECF)

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141· FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM