

# NESHAMA
# Chabad Lubavitch of Manhattan Beach

134 West End Ave ◆ Brooklyn, NY 11235
Tel: 718-368-1395 ◆ Email:RabbiAWinner@gmail.com
www.ChabadManhattanBeach.com

May 13, 2024

Honorable Nicholas G. Garaufis
Eastern District of NY
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

My name is Rabbi Avrohom Winner, the Chabad representative to the Brighton Beach and Manhattan Beach communities in Brooklyn, NY. We are privileged to know many families from the Former Soviet Union who have immigrated and started a new life in this wonderful country.

**Mr. Marat Lerner (40-063510)** and his family are involved in our community for many years. Helping the émigré Jewish Community advance in their connection to their Jewish roots, celebrating the holidays and getting in touch with their Jewishness. Marat is a kind and giving person, going out of his way to help others. He is a bright, thoughtful and good-hearted person. An outgoing young man full of life and an important asset to the Synagogue, bringing his friends and relatives to get more involved. In conclusion, Mr. Lerner is a man that was and continues to be involved in many different good causes, he is a role model to many young men and women in our community.

Dear Honorable Judge, Marat has much remorse and regret for what he did, the time spent in his incarceration has taught him an important lesson. Incarcerating Marat any longer would be a great and long-lasting loss which its impact will take many years to amend. We hope that Marat can overcome this difficult period in his life, and look forward towards a future of doubling his efforts and involvement with helping others.

Dear Judge, as a Rabbi and spiritual leader teaching and inspiring for the betterment of mankind and society, I beseech before you, when evaluating Mr. Lerner's case to see it with the "right eye" the eye of compassion and grace.
May G-d bless us all with health and happiness to live as free people in our beautiful country. With Blessings for a healthy summer season.

Yours truly,

Rabbi Avrohom Winner
Director

04/01/24

Dear Judge Nicholas G. Garaufis,

My name is Blima Shumyatsky. This is a reference letter for my son, Marat Lerner.

Marat is a loving and caring son with a good personality. I love him very much; he is my everything. Marat is a family person. I can always depend on him. My husband and I are in our 60s and have a number of medical issues. Marat always takes care of me and my husband in difficult situations. He accompanies me to my medical appointments and procedures. Marat took care of us during a very difficult time when both me and my husband were sick with COVID for 3 weeks. I do not think we would have survived without his support. Recently I had a major health scare related to a nodule in my breast. Although Marat was calling to check on me from the jail, it was extremely difficult for me to go through all of the procedures without my son by my side. Unfortunately, my latest medical ordeal is not over yet. I will have to undergo additional testing in 6 month and hope to have my son with me then.

Marat was always very close to my mother, his grandmother, who passed away a few years ago. The last month when my mother was in the hospital, Marat was by her bedside every day until she passed in his arms. Marat's kindness and support is what helped me overcome the deep grief and depression that I had after my mother's passing.

Marat has a 12-year-old dog, who is a part of the family. My son loves him and takes very good care of him.

We are very sorry for what my son did. Marat made mistakes, which he deeply regrets. I need my son back into our lives desperately. I do not know what we are going to do without him.

Thank you very much for taking the time to learn a little bit more about Marat.

If you have any questions, you can reach me at 646-407-6356.

Sincerely,

*B. Shumyatsky*

Blima Shumyatsky

2/23/2024

Dear Judge Nicholas G. Garaufis,

    My name is Alla Godelman. Mr. Marat Lerner is my first cousin, and I have known him his whole life. I am writing this letter to share my strong belief that Mr. Marat Lerner is a very kind and caring person, and that any violation of the law on his part, if present, was a genuine misstep that he would never repeat.

    Mr. Lerner has very strong family values, and I have always known him as a very dependable and trustworthy individual. As my parents struggled with health issues in the past several years, with my mother passing in November of 2022, Mr. Lerner has always been the first person to extend a helping hand and assist at any time of the day or night. I know that I can always count on him, and he treats the rest of his family in a similar manner. Mr. Lerner is also known as a loyal friend. He is great with kids and can always make them smile. Mr. Lerner is an avid dog lover. To my father, Mr. Lerner is almost like a son. My father is currently very ill, bed-bound, and his health is deteriorating rapidly. It is our family's hope that Mr. Lerner is released in time for my father to see him one more time.

    I was very shocked to find out about Mr. Lerner's current situation. Knowing Mr. Lerner his whole life, I am certain that he would do everything possible to correct his missteps and to continue living his life with honesty and integrity.

Thank you very much for your time and consideration,

Sincerely,

Alla Godelman
718-797-0092

Regina Mirochnik
48 Exeter Street
Brooklyn, NY 11235
718 751-5005

7/30/24

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District Court of New York

Re: Character Reference for Marat Lerner

Dear Judge Nicholas G. Garaufis,

I am writing this letter in support of Marat Lerner, whom I have known all my life not only as a relative but also as a friend. I believe it is crucial to provide insight into Marat's character and the positive impact he has had on those around him.

I have personally witnessed Marat's commitment to personal growth and rehabilitation. Despite facing challenges, he has consistently demonstrated remorse for his actions and a genuine desire to make amends. If there was a misunderstanding or disagreement, he was first to call a truce, he always admitted his mistakes and discussed a plan to change his behavior. When I told him smoking was bad for his health, he tried to quit. When I encouraged him to lead an active healthy lifestyle, he was open to joining me in playing sports like tennis and running with our dogs to the dog park. Marat's was always open to self-improvement. He has a big heart. He was heavily involved and a big advocate for the Ukraine relief project to help people in the war.

Beyond his personal journey, Marat has been a pillar of support for his family, friends, and community. His kindness, compassion, and willingness to help others have touched the lives of many. Marat's presence in our lives has been a source of positivity and inspiration, and I firmly believe that with the appropriate guidance and support, he can continue to contribute positively to society. Marat has taken accountability. Please allow him the opportunity to make amends.

As you consider Marat's sentencing, I urge you to take into account not only the mistakes he has made but also the person he strives to become. I sincerely hope that you will consider a sentence that reflects his remorse, rehabilitation efforts, and potential for redemption.

Respectfully,

Regina Mirochnik

Viktoryia Nina Kabrera
419 101st Street Apt 3C
Brooklyn, NY 11209
347-988-6807

July 02, 2024

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District Court of New York

Re: Character Reference for Marat Lerner

Dear Honorable Judge Nicholas G. Garaufis,

My name is Viktoryia Nina Kabrera, I work as an accounting controller for a large manufacturer and distributor of electric products. I have known Marat for almost two years now and we have been dating since September 2022. My first impression of him was that he is a very respectful and intelligent person, very genuine, empathetic, caring and loving, and with time he only proved that.

Ever since we met Marat was very passionate about helping Ukrainians that suffered from ongoing war. He helped kids to recover from moral trauma by providing them with new toys, he helped adults with groceries and fixing damaged property. Marat was extremely happy when people from Ukraine would forward him videos with thanks for what he does. Especially kids, because Ukrainian kids have the gaze of an adult who saw a lot in this life, but when they received toys, their eyes became full of joy and happiness.

Besides, he was always supporting his family. Soon after we started dating his uncle's health condition became worse and he needed assistance as well as mental support, especially in the beginning. Marat started to call him almost every day, he would visit uncle to assist with eating, walking to the bathroom, to do basic things that his uncle was no longer able to do, he comforted his uncle so that he could better accept and adjust to the worsening health conditions. In addition, his parents also required Marat's attention due to their health condition, and he often visited his parents and helped them if anything was needed.

I, personally, can't find the right words to express the tremendous amount of help and support I received from Marat. I'm a single parent and have a 4-year-old daughter Emilia. I work full time and usually my mom would help me to take care of my daughter, however last year she had to leave New York for an indefinite amount of time. Emilia's biological father was refusing to take even partial participation in her everyday life, and when Marat noticed all that, he right away stepped in and not just helped, but in fact replaced my daughter a dad. They were playing

together with Emilia, cooking, singing children songs, planting flowers in the pots, he would go to the playground with her, he was assisting me with putting my daughter to sleep, he was great at reading fairy tales and picking lullabies for her on the phone. He would take care of her when I had to step away from home.

I couldn't drive or pick up my daughter from school due to the difference in schedules, as my work started too early, and I worked till late. And every morning Marat would wake up very early to drive both of us to work and to school, and later would pick both of us up.

In addition, Marat was attending Emilia's school events; he was there for Father's Day. He was helping me with arranging a birthday for her. Emilia even started to call him "dad" and she is still asking about him every day, she asks him to come home when she speaks to Marat on the phone and misses him terribly.

Besides everything said above, Marat was always in a very good relationship with his neighbors. He would help if anything was needed, and he would always be a part of the community. He also loves animals. He has a dog that he took very good care of, and he treated him as part of the family. Currently his dog lives with me and my daughter Emilia.

To conclude, I want to mention one important thing. I know that Marat is prone to change. I observed his transformation from being a single man to a wonderful father and partner in just a year. He made mistakes, but the main thing is that he admits and is learning from these mistakes. I know as a matter of fact that he sincerely regretful of the damage he caused, and he is willing to repay that damage. Both me and my daughter continue to wait and support Marat and we hope that this letter will be considered when making the decision on sentencing.

Sincerely,

Viktoryia Nina Kabrera

Viktoria Sorkin and Anatoliy Kostak
2800 E 29 ST, apt 3A
Brooklyn, NY 11235
718-769-8889


July 29, 2024

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District Court of New York


Re: Character Reference for Marat Lerner


Dear Judge Nicholas D. Garaufis,

     We, Viktoria Sorkin and Anatoliy Kostak, are writing to provide a reference for our neighbor, Marat Lerner, who has been our neighbor and friend for 8 years. During this time, we have had the opportunity to get to know Marat well and observe his character and conduct.

     We can confidently say that Marat is a reliable, responsible, and trustworthy individual. He has always been courteous and respectful to everyone in our building and has shown a genuine willingness to help others. When our family fell ill with COVID-19, Marat took the initiative to purchase our groceries and order us food while we could not leave the house. Furthermore, we trusted Marat implicitly whenever we left on vacations with our house keys and to take care of our pets. He was always kind and generous towards our children by getting them birthday presents and other treats.

     In addition to his personal qualities, Marat is also a diligent and hardworking individual. On several occasions, he went out of his way to help us bring up and assemble new furniture. During heavy snow times, Marat would clean not only his own but our terrace as well. He was also involved in the building community whenever an issue that needed fixing arose. He was determined to make our building community a better place. We have never heard him refuse his aid to neighbors who asked and he would even offer help without being asked.

     These are just some of the good things we can tell Your Honor about Marat Lerner since the list is endless. Over time, Marat became more than just a neighbor. He became a good friend of the family. We are grateful for his friendship and for him being a wonderful neighbor for the years we have lived in the same building.

We will continue to support Marat and wish him the best outcome regarding this case. We ask your honor to be lenient and hope that sharing our experiences with Mr. Lerner will assist you in making an appropriate decision.

If your honor wishes for us to confirm any of the information we have written in this reference, please feel free to contact us at 718-769-8889.

Sincerely,

Viktoria Sorkin

Anatoliy Kostak