Your Honor,

I would like an opportunity to express my remorse for my crime and its impact on my victims, as well as to tell you a little about who I am as a person.

I feel incredible guilt and shame at what I have done. I have brought embarrassment upon my family and loved ones, but more importantly, I have caused great pain and suffering upon my victims. My victims did not deserve to go through the emotional, mental, and financial grief that I have caused. They have done nothing to earn this pain from me and my actions.

I am a firm believer in law and order, and do not excuse my actions by any means. From a young age, I have tried to be a good human in many ways. Although there are many things I am proud of, I have failed at this when I made poor decisions throughout my life as well. I deeply regret the use of drugs from an early age. They have often led me to poor decision making and specifically in the case of my crime. Only now, after one and a half years of sobriety, for the first time since the age of 16, can I clearly see how poor those decisions were. The regret is immeasurable.

I have learned so much of my time at MDC Brooklyn. The time here has humbled me and gave me time to reflect on my actions. I have taken so much for granted, and how much I stood, and stand to lose in the future. I am grateful for my support system, my family, friends, fiancé & our daughter.

Although I will never forgive myself for the pain I caused to so many, I pray the same isn't true for my victims.

I ask for a fair sentence, so I can have an opportunity to make my loved ones and community proud, as well as have a chance to make an honest living and compensate my victims, and repay my debt to the community.

Most Respectfully

Marat Lerner